**No. 45515.**—Protest 955268–G of W. X. Huber Co. (Los Angeles).

Opinion by Cline, J. It appeared that the jars in question were packed in cartons which were marked. As the anchovies were not capable of being marked and the immediate containers, the bottles, were not marked it was held that additional duty was properly assessed. *Givaudan* v. *United States* (22 C. C. P. A. 115, T. D. 47104) and *United States* v. *Martorelli* (12 Ct. Cust. Appls., 327, T. D. 40483) followed.

**No. 45516.**—Protest 984473–G of W. T. Grant Co. (New York).

Opinion by Cline, J. The question at issue appears to be whether the marking "Japan" by a die sinking process on the leather portion of the binoculars is legible. The velvet bags which were the immediate containers were marked "Made in Japan" by paper labels pasted thereon. On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained. *Hirsch* v. *United States* (3 Cust. Ct. 271, C. D. 250), *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065), and Abstracts 39757, 41158, and 41159 cited.

**No. 45517.**—Protest 792558–G of A. Baldini & Co. (Boston).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.